**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CASTLEMORTON WIRELESS, LLC, | |
| *Plaintiff,* | C.A. No. 1:20-cv-00059-RGA |
| v. | |
| AVAYA INC., | |
| *Defendant.* | |

<u>**STIPULATION OF DISMISSAL OF DEFENDANT
AVAYA INC.**</u>

Plaintiff Castlemorton Wireless, LLC ("Castlemorton") and Defendant Avaya Inc. ("Defendant") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Castlemorton and Defendant stipulate that:

1.      Castlemorton consents to dismissal WITH prejudice of all of its claims against Defendant in this suit.

2.      Defendant consents to dismissal WITHOUT prejudice of all of its claims and defenses against Castlemorton.

3.      Castlemorton and Defendant shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: September 23, 2020

BAYARD, P.A.

_/s/  Stephen B. Brauerman_____
Stephen B. Brauerman (No. 4952)
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com

OF COUNSEL:

BERGER & HIPSKIND LLP
Daniel P. Hipskind
Dorian S. Berger
Eric B. Hanson
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
(323) 886-3430
dph@bergerhipskind.com
dsb@bergerhipskind.com
ebh@bergerhipskind.com


*Attorneys for Plaintiff Castlemorton*
*Wireless, LLC*

RICHARDS, LAYTON & FINGER, P.A.

/s/  Travis S. Hunter_____
Chad M. Shandler (#3796)
Travis S. Hunter (# 5350)
Dorronda R. Bordley (#6642)
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
Shandler@rlf.com
Hunter@rlf.com
Bordley@rlf.com


OF COUNSEL:

CROWELL & MORING LLP
Mark M. Supko
Zach Ruby
Emily G. Tucker
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500
msupko@crowell.com
zruby@crowell.com
etucker@crowell.com

Anne Elise Herold Li
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000
ali@crowell.com

*Attorneys for Defendant Avaya Inc.*


IT IS ORDERED this _____ day of _____.


_____
The Honorable Richard G. Andrews
United States District Judge